UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELEA WARD,

    Plaintiff(s),

vs.

KARA NAKISBENDI M.D., and JOHN DOE NAKISBENDI, husband and wife, and their marital community, and INTEGRATIVE HEALTH INSTITUTE, PLLC, d/b/a SOPHIA HEALTH INSTITUTE, a Washington Corporation, and HOLISTIQUE HEALTH INSTITUTE INC., d/b/a HOLISTIQUE HEALTH INSTITUTE and HOLISTIQUE MEDICAL CENTER, a Washington corporation, and SWEDISH MEDICAL CENTER d/b/a SWEDISH – CHERRY HILL, a Washington Nonprofit Corporation,

    Defendant(s).

NO:   2:24-cv-01849-JHC

STIPULATION AND ORDER TO REMAND CASE TO STATE COURT

NOTE ON MOTION CALENDAR: 12/16/2024

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties herein as follows:

1. Plaintiff filed her Complaint for Medical Malpractice against the above-named defendants on August 14, 2024. Plaintiff is a Canadian citizen. The action was filed in King County Superior Court, State of Washington.

2. Defendant Nakisbendi filed a Notice of Removal to Federal Court on the basis of diversity jurisdiction on November 8, 2024. Defendant Nakisbendi is a citizen of the State of

STIPULATION AND ORDER TO
REMAND CASE TO STATE COURT - 1
USDC Case No. 2:24-cv-01849-JHC

Washington where the action was filed and is thus ineligible to seek removal of this action pursuant to 28 USC §1441(b)(2). Removal was therefore improper, and Plaintiff is entitled to remand.

3. Defendant Nakisbendi has agreed to voluntarily remand this action back to state court, and all remaining defendants consent to this action being remanded to state court without costs to either party.

4. Upon remand, an updated Order Setting Civil Case Schedule should be issued by the Clerk of the Superior Court of King County, State of Washington.

Dated: 12/16/2024

| GREGORY MARSHALL, P.S. | BENNETT BIGELOW & LEEDOM, P.S. |
|---|---|
| *s/Gregory S. Marshall* | *s/Rhianna M. Fronapfel per email auth.* |
| 3206 Wetmore Ave, Suite 13 | Rhianna M. Fronapfel, WSBA#38636 |
| Everett, WA 98201 | Maxine E. Faisant, WSBA#61861 |
| greg@everettinjuryattorney.com | RFronapfel@bbllaw.com |
| *Counsel for Plaintiff* | mfaisant@bbllaw.com |
|  | *Counsel for Kara Nakisbendi, M.D.* |
| JOHNSON, GRAFFE, KEAY, MONIZ & WICK, LLP | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
| *s/Donna M. Moniz per email auth.* | *s/Rachel T. Reynolds per email auth.* |
| Donna M. Moniz, WSBA #12762 | Rachel T. Reynolds, WSBA#38750 |
| Evangeline H. Zhou, WSBA #54313 | Dirk J. Muse, WSBA#28911 |
| 925 Fourth Avenue, Suite 3550 | Laura L. Dadowski, WSBA#61852 |
| Seattle WA 98104 | Rachel.T.Reynolds@wilsonelser.com |
| monizd@jgkmw.com | Dirk.muse@wilsonelser.com |
| zhoue@jgkmw.com | Laura.Dadowski@wilsonelser.com |
| annalisah@jgkmw.com | *Counsel for Integrative Health Institute* |
| *Counsel for Defendant Swedish Medical Center* |  |

STIPULATION AND ORDER TO
REMAND CASE TO STATE COURT - 2
USDC Case No. 2:24-cv-01849-JHC

LEWIS BRISBOIS BISGAARD & SMITH

*s/ Ramona N. Hunter per email auth.*
Ramona N. Hunter, WSBA#31482
925 Fourth Avenue, Suite 3550
Seattle WA 98104
ramona.hunter@lewisbrisbois.com
*Counsel for Holistique Health Institute*

ORDER

Pursuant to the above Stipulation between the parties, IT IS HEREBY ORDERED that the above entitled action is REMANDED to King County Superior Court Cause No. 24-2-18368-0 SEA.

Dated: December 16, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO
REMAND CASE TO STATE COURT - 3
USDC Case No. 2:24-cv-01849-JHC